6/26/03

Hon. Judge Patricia Siris
U.S. District Court
Joseph Moakley Building
Boston, MA 02110

Dear Judge Siris:

Please excuse this unusual note if it is improper in any way. I have only the upmost respect for you and your office.

The purpose of this note is to thank you for the very fair way I was treated by you when I appeared before you on 6/13/03 during my probation violation hearing. It was a very difficult day for me and you clearly gave me serious consideration.

Your Honor, although my record may belie it, I am a decent guy and have led a productive and somewhat successful life periodically over the years. I was married, started several successful operations (including the music division of Borders Books) and have been active in my religious beliefs. Unfortunately, my psychiatric problems have been my downfall repeatedly over the years. Just when things are going well, I do something to destroy my comfort level and put me back in trouble and a state of flux. This may be because my childhood was very troubled and constantly upset. Anyway, please believe me when I say I am not conniving or malicious, and deeply regret the pain and humiliation I have caused my family and friends. This damage, I am afraid, is not easily repaired.

I really need psychiatric treatment and a proper protocol of medication. That is why it is imperative that I be designated to a medical center like Ft. Devens where I can get the help I need. Without such treatment all I can look forward to is misery and an early death. Once again, I beg you to recommend my assignment to such a facility.

Finally, thanks for taking the time to speak with my aunt, Florence Cooperstein, after my hearing. She is a wonderful woman and like a mother to me. Without her help, I don't know where I would be.

Best wishes for a good summer.

Sincerely,
B.L. P——
Beryl Porter #35261
PCCF E3 31P
26 Long Pond Rd.
Plymouth, MA